# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| DC Energy Midwest, LLC, | ) | |
|       Petitioner, | ) | |
| | ) | Case Nos. 06-1423, *et al.* |
| v. | ) | (Consolidated) |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
|       Respondent. | ) | |
| | ) | |
| Edison Mission Energy, | ) | |
|       Petitioner, | ) | Case Nos. 09-1006, *et al.* |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| Federal Energy Regulatory Commission, | ) | (Not Consolidated with |
|       Respondent. | ) | Nos. 06-1423, *et al.*) |
| | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Ameren Services Company ("Ameren Services") provides notice of substitution of counsel of Ryan J. Collins for Jennifer L. Hong as counsel for Ameren Services in the above-captioned proceedings. Please remove Ms. Hong from the service lists in these proceedings.

Please update the dockets and service lists for these proceedings to include Mr. Collins and his contact information, as follows:

Ryan J. Collins
Wright & Talisman, P.C.
1200 G Street, N.W.
Washington, D.C. 20005-1200
(202) 349-9471
collins@wrightlaw.com

Wendy B. Warren also has been serving as, and will continue to serve as, counsel of record for Ameren Services in these proceedings.

Respectfully submitted,

*/s/ Wendy B. Warren*

Wendy B. Warren
Ryan J. Collins
WRIGHT & TALISMAN, P.C.
1200 G Street N.W., Suite 600
Washington, D.C. 20005
(202) 393-1200 Telephone
(202) 393-1240 Facsimile

**Attorneys for
Ameren Services Company**

September 2, 2009

# IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| DC Energy Midwest, LLC, | ) | |
|     Petitioner, | ) | |
| | ) | Case Nos. 06-1423, *et al.* |
| v. | ) | (Consolidated) |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
|     Respondent. | ) | |
| | ) | |
| Edison Mission Energy, | ) | |
|     Petitioner, | ) | Case Nos. 09-1006, *et al.* |
| | ) | (Consolidated) |
| v. | ) | |
| | ) | |
| Federal Energy Regulatory Commission, | ) | (Not Consolidated with |
|     Respondent. | ) | Nos. 06-1423, *et al.*) |
| | ) | |

## CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure and Rule 25 of the Rules of the Court of Appeals for the District of Columbia, I hereby certify that I have this 2nd day of September, 2009, served the foregoing Notice of Substitution of Counsel of Ameren Services Company upon each of the parties to this proceeding on the attached Service List either by electronic means through the Notice of Docket Activity sent by the Court's CM/ECF system for those parties that have elected to receive electronic service or by the United States Mail, first-class, postage prepaid for those parties who do not receive service through the Notice of Docket Activity.

Dated at Washington, D.C. this 2nd day of September, 2009.

*Ryan Collins*

Ryan J. Collins
WRIGHT & TALISMAN, P.C.
1200 G Street, N.W., Suite 600
Washington, D.C.  20005
(202) 393-1200

**Attorney for**
**Ameren Services Company**

**Service List**

| | |
|---|---|
| Stuart Caplan<br>White & Case LLP<br>Firm: 202-626-3600<br>701 13th Street, NW<br>Washington, DC 20005-3807 | Email |
| Judith A. Albert<br>Federal Energy Regulatory Commission (FERC) Office of the Solicitor<br>888 First Street, NE<br>Washington, DC 20426 | Email |
| John Nowell Estes, III<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Avenue, NW<br>Washington, DC 20005-2111 | Email |
| Carol A. Smoots<br>Perkins Coie LLP<br>607 14th Street, NW<br>Suite 800<br>Washington, DC 20005-2003 | Email |
| Stephen Matthew Spina<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541 | Email |
| Clinton Andrew Vince<br>Sonnenschein Nath & Rosenthal LLP<br>Suite 600<br>1301 K Street, NW<br>Suite 600 East Tower<br>Washington, DC 20005-3364 | Email |
| Sandra Barbulescu<br>Sullivan & Worcester<br>1666 K Street, NW<br>Suite 700<br>Washington, DC 20006-0000 | Email |

3

| | |
|---|---|
| Regina Y. Speed-Bost<br>Schiff Hardin LLP<br>1666 K Street, NW<br>Suite 300<br>Washington, DC 20006-4390 | Email |
| David Barry Raskin<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036-1795 | Email |
| Elizabeth Ward Whittle<br>Nixon Peabody LLP<br>401 9th Street, NW<br>Suite 900<br>Washington, DC 20004-2128 | Email |
| Thomas L. Blackburn<br>Bruder, Gentile & Marcoux, LLP<br>1701 Pennsylvania Avenue, NW<br>Suite 900<br>Washington, DC 20006-5805 | Email |
| William Daniel Booth<br>Sonnenschein Nath & Rosenthal LLP<br>1301 K Street, NW<br>Suite 600 East Tower<br>Washington, DC 20005-3364 | Email |
| Donald Kenneth Dankner<br>Winston & Strawn LLP<br>Firm: 202-282-5000<br>1700 K Street, NW<br>Washington, DC 20006-3817 | Email |
| Kurt L. Krieger<br>Columbia Gas Transmission Corporation<br>PO Box 1273<br>Charleston, WV 25325-1273 | US Mail |
| Raymond Wuslich, Esquire<br>Winston & Strawn LLP<br>1700 K Street, NW<br>Washington, DC 20006-3817 | Email |
| Carmen Louis Gentile | US Mail |

4

| | |
|---|---|
| Bruder, Gentile & Marcoux, LLP<br>1701 Pennsylvania Avenue, NW<br>Suite 900<br>Washington, DC 20006-5805 | |
| Alan I. Robbins<br>Jennings, Strouss & Salmon, PLC<br>1700 Pennsylvania Avenue, NW<br>Suite 500<br>Washington, DC 20006 | Email |
| Larry F. Eisenstat<br>Dickstein Shapiro LLP<br>1825 Eye Street, NW<br>Washington, DC 20006-5403 | Email |
| Robert A. Weishaar, Jr.<br>McNees, Wallace & Nurick<br>777 North Capitol Street, NE<br>Suite 401<br>Washington, DC 20002-0000 | Email |
| William Raymond Derasmo<br>Troutman Sanders, LLP<br>401 9th Street, NW<br>Suite 1000<br>Washington, DC 20004-2134 | Email |
| Christopher J. Bernard<br>Hill & Barlow<br>One International Place<br>Boston, MA 02110-0000 | US Mail |
| Glenn S. Benson<br>Perkins Coie LLP<br>607 14th Street, NW<br>Suite 800<br>Washington, DC 20005-2003 | Email |
| Jennifer Louise Hong<br>Wright & Talisman, PC<br>1200 G Street, NW<br>Suite 600<br>Washington, DC 20005-1200 | Email |
| Alan J. Statman<br>Wright & Talisman, PC | Email |

| | |
|---|---|
| 1200 G Street, NW<br>Suite 600<br>Washington, DC 20005-1200 | |
| Wendy Barrett Warren<br>Wright & Talisman, PC<br>1200 G Street, NW<br>Suite 600<br>Washington, DC 20005-1200 | Email |
| C. Fairley Spillman<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036 | Email |
| Brian C. Drumm<br>Brickfield, Burchette, Ritts & Stone<br>1025 Thomas Jefferson Street, NW<br>800 West Tower<br>Washington, DC 20007-0000 | Email |
| G. Philip Nowak<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036 | Email |
| Margaret A. McGoldrick<br>Spiegel & McDiarmid LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036 | Email |
| Michael Postar<br>Duncan, Weinberg, Genzer & Pembroke, PC<br>1615 M Street, NW<br>Suite 800<br>Washington, DC 20036-3203 | US Mail |
| Elizabeth Lynn Cocanougher<br>E. ON US LLC<br>220 West Main Street<br>Louisville, KY 40202-0000 | Email |

| | |
|---|---|
| Mark Earl Nagle<br>Troutman Sanders, LLP<br>401 9th Street, NW<br>Suite 1000<br>Washington, DC 20004-2134 | Email |
| Sean T. Beeny<br>Miller, Balis & O'Neil, PC<br>Firm: 202-296-2960<br>1015 15th Street, NW<br>12th Floor<br>Washington, DC 20005 | Email |
| Barry Cohen<br>Miller, Balis & O'Neil, PC<br>1015 15th Street, NW<br>12th Floor<br>Washington, DC 20005 | Email |
| Stephen Gerard Kozey<br>Midwest Independent Transmission System Operator, Inc.<br>701 City Center Drive<br>Carmel, IN 46032-0000 | US Mail |
| Stephen L. Teichler<br>Duane Morris LLP<br>505 9th Street, NW<br>Suite 1000<br>Washington, DC 20004-2166 | Email |
| Robert Thomas Stroh<br>Nixon Peabody LLP<br>401 9th Street, NW<br>Suite 900<br>Washington, DC 20004-2128 | Email |
| Floyd Ligon Norton, IV<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541 | Email |

| | |
|---|---|
| William Manouk Dudley<br>Xcel Energy Services Inc.<br>550 15th Street<br>Denver, CO 80202-4205 | US Mail |

8